UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

MELODY S. BROWN, )
)
)
    Plaintiff, )
) **JUDGMENT**
v. )
) No. 7:15-CV-157-RN
CAROLYN W. COLVIN, )
*Acting Commissioner of Social Security,* )
)
    Defendant. )

**Decision by Court.**

This action came before the Honorable Robert T. Numbers, II, United States Magistrate Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court DENIES Plaintiff's Motion for Judgment on the Pleadings, GRANTS Defendant's Motion for Judgment on the Pleadings, and AFFIRMS the Commissioner's decision.

This Judgment Filed and Entered on April 18, 2016 with service on:
James B. Gillespie, Jr., Michael Gray Gillespie (via CM/ECF Notice of Electronic Filing)
Gabriel R. Deadwyler (via CM/ECF Notice of Electronic Filing)

Date: April 18, 2016           JULIE RICHARDS JOHNSTON, CLERK

                                                    Lauren Herrmann, Deputy Clerk